IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DERRICK STOKES, | : | CIVIL ACTION |
| Petitioner, | : | |
| v. | : | |
| COMMONWEALTH OF PENNSYLVANIA, et al., | : | No. 13-4054 |
| Respondent. | : | |

## ORDER

**JUAN R. SANCHEZ, J.**

AND NOW, this 13th day of November, 2013, upon careful and independent consideration of the petition for a writ of habeas corpus, and after review of the Report and Recommendation of United States Magistrate Judge Timothy R. Rice, IT IS ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED;

2. The petition for writ of habeas corpus is DENIED with prejudice;

3. There is no probable cause to issue a certificate of appealability; and

4. The Clerk of the Court shall mark this case closed for statistical purposes.

BY THE COURT:

_/s/ Juan R. Sanchez_
JUAN R. SANCHEZ, JUDGE